**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 333 WAL 2017

            Respondent               :

                                  :    Petition for Allowance of Appeal from

                                  :    the Order of the Superior Court

           v.                        :

                                  :

SEAN D FIELDS,                     :

                                  :

            Petitioner               :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2018, the Petition for Allowance of Appeal and Motions to Supplement the Petition and Motion for Attorney File and Reports are **DENIED**.